FILED
9/16/25 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-21897-GLT |
| | : | Chapter: | 13 |
| Marc W. Waltonbaugh | : | | |
| | : | | |
| | : | Date: | 9/15/2025 |
| *Debtor(s).* | : | Time: | 09:30 |

### PROCEEDING MEMO

-

**MATTER:**        #59 - Motion for Relief from Stay Filed by Ally Bank
                [Response due 8/11/25]

**APPEARANCES**:

| | |
|---|---|
| Debtor: | Julie Steidl |
| Trustee: | Ronda J. Winnecour |
| Creditor: | No appearance |

[9:37]

**NOTES:**

Steidl: Nothing I can add to the record.

Winnecour: Current plan payment is $259 a month. We will need $268 a month going forward.

Steidl: No opposition to adjusting plan payment.

**OUTCOME:**

1.  In the absence of any timely objection and upon the filing of a *Certificate of No Objection*, the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) and for Entry of Order Waiving the Provision of Fed.R.Bankr.P. 4001(a)(4)* [Dkt. No. 59] is **GRANTED.** [DB to issue proposed order at Dkt. No. 59].

2.  For the reasons stated on the record at the September 15, 2025 hearing, Debtor's counsel shall prepare and submit (under *Certification of Counsel*) a proposed stipulated order increasing the plan payment to $268 per month. The stipulation shall be submitted on or before September 23, 2025. [Text Order].

**DATED:**  9/15/2025