FILED
10/1/25 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | Case No. 24-21897-GLT |
| : | Chapter 13 |
| MARC W. WALTONBAUGH, : | |
| : | Related to Dkt. No(s). 64 |
| *Debtor* : | |
| : | |

**ORDER**

On September 15, 2025 an hearing was held on the Motion for Relief From Stay Filed by Ally Bank [Dkt. No. 59]. The Court issued an Order [Dkt No. 64] that required in part: "For the reasons stated on the record at the September 15, 2025 hearing, Debtor's counsel shall prepare and submit (under Certification of Counsel) a proposed stipulated order increasing the plan payment to $268 per month. The stipulation shall be submitted on or before September 23, 2025." As of today, a proposed stipulated order under Certification of Counsel has not been filed.

**AND NOW, this 1st Day of October 2025**, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. A show cause hearing is scheduled for October 22, 2025, at 11:00 a.m. in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St, Pittsburgh, PA 15219, to show cause as to why the Debtors' Case should not be dismissed or converted for his failure to comply the *Order* dated September 16, 2025 [Dkt. No. 64].

2. Any response to this *Order* shall be filed with the Court on or before October 18, 2025.

Dated: October 1, 2025

GREGORY L. TADDONIO CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case administrator to mail to:
Marc W. Waltonbaugh
Kenneth Steidl, Esq.
Ronda J. Winnecour, Ch13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21897-GLT |
| Marc W. Waltonbaugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marc W. Waltonbaugh, 2060 Scenery Dr., Elizabeth, PA 15037-2361 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025                  Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Jennifer L. Cerce | on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net |
| Kenneth Steidl | on behalf of Debtor Marc W. Waltonbaugh julie.steidl@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1

|   |   |
|---|---|
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9