FILED
10/7/25 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marc W. Waltonbaugh, | ) |
| | ) Case No. 24-21897 GLT |
| | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | X  Related to Docket No. 68 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐  a motion to dismiss case or certificate of default requesting dismissal

☐  a plan modification sought by: _____

☒  a motion to lift stay
   as to creditor    Ally Bank

☐  Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 9-12-24
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $259.00 to $268.00 per month,

    effective 10/25; and/or the Plan term shall be changed from ___ months to ____ months.          .

☐  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐  Debtor(s) shall file and serve _____ on or before _____.

☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒  Other:
➢ *Debtor(s) are to fund the plan by TFS [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made*

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __7th Day of October, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                      Stipulated by:

/s/ Kenneth Steidl                                  /s/ James Warmbrodt
Counsel to Debtor                                   Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-21897-GLT
Marc W. Waltonbaugh  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Oct 07, 2025      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc W. Waltonbaugh, 2060 Scenery Dr., Elizabeth, PA 15037-2361 |
| cr | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15839966 | + | Brightway Credit Card, PO Box 981037, Boston, MA 02298-1037 |
| 15839970 | #+ | Elizabeth Forward School District, c/o MBM Collections, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16550076 | + | SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16443420 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2025 00:24:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15839963 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2025 00:17:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15839962 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2025 00:17:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15839964 | ^ | MEBN | Oct 08 2025 00:03:45 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 15839965 | ^ | MEBN | Oct 08 2025 00:03:52 | AmeriHome Mortgage Company, c/o KML Law Group, 701 Market St, #5000, Philadelphia, PA 19106-1541 |
| 16442744 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 08 2025 00:17:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15839968 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2025 00:23:54 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 15839969 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2025 00:23:59 | Chase Auto Finance, P.O. Box 78067, Phoenix, AZ 85062-8067 |
| 15839967 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2025 00:48:36 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15839971 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2025 00:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16433538 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2025 00:48:25 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15842898 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 00:13:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15841869 | + | Email/PDF: cbp@omf.com | | |

Case 24-21897-GLT    Doc 72    Filed 10/09/25    Entered 10/10/25 00:31:01    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 08 2025 00:48:31 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15839972 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 08 2025 00:48:36 | Synchrony Bank/Lowe's, Bankruptcy Dept., Po Box 965060, Orlando, FL 32896-5060 |
| 15839973 | ^ | MEBN | | |
| | | | Oct 08 2025 00:03:49 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 16441189 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Oct 08 2025 00:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |
| cr | | Ally Bank |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Jennifer L. Cerce | on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net |
| Kenneth Steidl | on behalf of Debtor Marc W. Waltonbaugh julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: pdf900 | Total Noticed: 21 |

on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9