Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marc W. Waltonbaugh** | : | Case No. 24−21897−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 73 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 26th of November, 2025,*** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marc W. Waltonbaugh  
    Debtor

Case No. 24-21897-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 26, 2025      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc W. Waltonbaugh, 2060 Scenery Dr., Elizabeth, PA 15037-2361 |
| cr | + | Elizabeth Forward School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15839966 | + | Brightway Credit Card, PO Box 981037, Boston, MA 02298-1037 |
| 15839970 | #+ | Elizabeth Forward School District, c/o MBM Collections, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16550076 | + | SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16443420 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2025 00:54:24 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15839963 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2025 00:40:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15839962 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2025 00:40:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15839964 | ^ | MEBN | Nov 27 2025 00:31:52 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 15839965 | ^ | MEBN | Nov 27 2025 00:32:11 | AmeriHome Mortgage Company, c/o KML Law Group, 701 Market St, #5000, Philadelphia, PA 19106-1541 |
| 16442744 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 27 2025 00:40:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15839968 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2025 00:53:49 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 15839969 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2025 00:54:09 | Chase Auto Finance, P.O. Box 78067, Phoenix, AZ 85062-8067 |
| 15839967 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2025 01:05:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15839971 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2025 00:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16433538 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2025 00:54:24 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15842898 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2025 00:53:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15841869 | + | Email/PDF: cbp@omf.com | | |

Case 24-21897-GLT    Doc 78    Filed 11/28/25    Entered 11/29/25 00:33:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: pdf900 | Total Noticed: 21 |

| | | | Nov 27 2025 00:54:31 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
|---|---|---|---|---|
| 15839972 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2025 00:54:14 | Synchrony Bank/Lowe's, Bankruptcy Dept., Po Box 965060, Orlando, FL 32896-5060 |
| 15839973 | ^ | MEBN | Nov 27 2025 00:32:09 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 16441189 | | Email/Text: BNCnotices@dcmservices.com | Nov 27 2025 00:40:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |
| cr | | Ally Bank |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 28, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:

**Name**            **Email Address**

Adam Bradley Hall
　　on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Denise Carlon
　　on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com

Eliza Garifullina
　　on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

Elizabeth Trachtman
　　on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

Jennifer L. Cerce
　　on behalf of Creditor Elizabeth Forward School District jlc@mbm-law.net

Kenneth Steidl
　　on behalf of Debtor Marc W. Waltonbaugh julie.steidl@steidl-steinberg.com
　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 26, 2025 | Form ID: pdf900 | Total Noticed: 21

    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9