**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARC W. WALTONBAUGH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:24-21897 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/02/2024 and confirmed on 10/30/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,831.00 |
| Less Refunds to Debtor | 2,306.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 524.48 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 354.62 | |
|   Trustee Fee | 169.86 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 524.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   AMERIHOME MORTGAGE COMPANY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3554 | | | | |
|   AMERIHOME MORTGAGE COMPANY LLC | 59,511.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 3554 | | | | |
|   ELIZABETH FORWARD SD (ELIZABETH TV | 1,140.10 | 0.00 | 0.00 | 0.00 |
|     Acct: B024 | | | | |
|   SHERMAN ACQUISITION LLC | 4,597.75 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4995 | | | | |
|   JPMORGAN CHASE BANK NA | 5,794.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 0609 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARC W. WALTONBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 24-21897 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MARC W. WALTONBAUGH<br>Acct: | 2,306.52 | 2,306.52 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 3,400.00 | 354.62 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5875 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERIHOME MORTGAGE COMPANY LLC<br>Acct: 3554 | 1,750.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ONE MAIN FINANCIAL GROUP LLC<br>Acct: 8535 | 2,472.24 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5875 | 7,072.10 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 8109 | 343.52 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 5875 | 318.42 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 6533 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 9117 | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MANLEY DEAS KOCHALSKI LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 0.00 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 1,750.00 |
| SECURED | 71,043.66 |
| UNSECURED | 10.206.28 |

Date: 01/15/2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com